# EXHIBIT Y

*September 4, 2015 Letter from EEOC to Byrdic*

**[Exhibit 30 to Byrdic Deposition]**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Charlotte District Office**

129 West Trade Street, Suite 400
Charlotte, NC 28202
Direct Dial: (704) 344-6686
TTY (704) 344-6684
FAX (704) 954-6410
Website: www.eeoc.gov

Pamela J. Byrdic
207 Rushing Wind Drive
Irmo, SC 29063

         Byrdic, Pamela J. v. C&P Trucking Cmpany, Inc.
         EEOC Charge Number: 14C-2015-00167

Dear Pamela Byrdic:

This letter is in response to your recent request for a substantial weight review of the Fair Employment Practices Agency (FEPA)/South Carolina Human Affairs Commission (SCHAC) determination of your discrimination complaint as referenced above. Therein, you requested a reconsideration of the FEPA Dismissal and Notice of Rights to Sue, issued to you. We have completed our review of your charge file. We concur with the final finding made by the SCHAC.

We recognize you may be dissatisfied with the results of the processing of your charge. The EEOC is an impartial law enforcement agency, which must issue determinations based on our interpretations of the relevant evidence and the laws we enforce. We understand that the parties to a charge often have firm views that the available evidence supports their respective positions. However, our final actions must comport with our interpretations of the relevant evidence and the laws we enforce.

Therefore, we are issuing you a Notice of Right to Sue. The notice informs you of your right to pursue this matter in Federal District Court, should you so choose. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice;** or the right to sue based on this charge will be lost. The EEOC cannot extend the 90 days limitation period.

We hope this information is helpful to you, but regret there is nothing further EEOC can do to assist you in regards to this charge.

Sincerely,

*Reuben Daniels* (signature)

Reuben Daniels
District Director

September 24, 2015
Date



DEFENDANT'S EXHIBIT 30   12-15-16

BYRDIC-000023