# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Pamela J. Byrdic, | ) |
|     Plaintiff, | ) ) ) |
| v. | )     **C.A. No.: 5:15-cv-04965-JMC-PJG** |
| G&P Trucking Company, Inc. and G&P Logistics, Inc., | ) ) ) ) |
|     Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiff Pamela J. Byrdic ("Plaintiff"), by and through her undersigned attorney of record, hereby voluntarily dismisses all claims asserted or that could have been asserted herein, with prejudice, against Defendants G&P Trucking Company, Inc. and G&P Logistics, Inc. ("Defendants").

Defendants, by and through their undersigned attorneys of record, hereby consent to Plaintiff's voluntary dismissal of all claims asserted or that could have been asserted herein, with prejudice.

The Parties shall bear their own attorneys' fees, expenses, and costs.

Respectfully submitted this the 21st day of June 2017.

| FOR PLAINTIFF | FOR DEFENDANTS |
|---|---|
| *s/R. David Proffitt* | *s/John W. Sulau* |
| R. David Proffitt (Fed Bar No. 7503) | Andreas N. Satterfield, Jr. (Fed. Bar No. 4812) |
| Email: dproffitt@proffittcox.com | Email: Andy.Satterfield@jacksonlewis.com |
| | John W. Sulau (Fed. Bar No. 11613) |
| PROFFITT & COX, LLP | Email: John.Sulau@jacksonlewis.com |
| 140 Wildewood Park Dr., Suite A | |
| Columbia, SC 29223 | JACKSON LEWIS P.C. |
| Tel: (803) 834-7097 | 15 South Main Street, Suite 700 |
| Fax: (888) 711-1057 | Greenville, SC 29601 |
| | (864) 232-7000 |